> Order: Motion Granted.
> /s/ William L. Campbell Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:23-cr-00111 |
| | ) | |
| STEVEN RAWLINS | ) | Judge Campbell |

## UNITED STATES' MOTION TO OBTAIN SEALED DOCUMENTS

The United States of America, by and through the United States Attorney Henry C. Leventis and Assistant United States Attorney Chris Suedekum, respectfully requests an order from the Court authorizing the Clerk's Office to provide a copy of the following sealed document to the Government:

| **Sealed D.E. Description** | **D.E. #** |
|---|---|
| Sealed Presentence Investigation Report | 3 |

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

 */s/ Chris Suedekum*
CHRIS SUEDEKUM
Assistant United States Attorneys
719 Church Street, Ste. 3300
Nashville, Tennessee 37203
(615) 736-5151