IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:23-cr-00111 |
| | ) | |
| STEVEN RAWLINS | ) | JUDGE CAMPBELL |

### ORDER

On May 20, 2024, the Court held a hearing on the pending petition for violation of supervised release (Doc. No. 4). The Defendant admitted to the violation as set forth in the petition.

For the reasons stated on the record, the Court added the following condition for supervised release:

**The defendant shall pay restitution to the victim identified in the Criminal Monetary Penalties section of this Judgment in the amount totaling $12,203,209.70. The defendant shall make payments at the minimum monthly rate of $250 or 10 percent, whichever is higher.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE